```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
       - v. -
                                    :
LUIS JIMENEZ,
                                    :
                       Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```



**07 CRIM 1080**

INDICTMENT

07 Cr.

### COUNT ONE

The Grand Jury charges:

On or about March 1, 2005, and continuing thereafter, in the Southern District of New York and elsewhere, LUIS JIMENEZ, the defendant, having been released on bail in connection with a charge of, and while awaiting sentence after conviction for, an offense punishable by 40 years' imprisonment, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, JIMENEZ failed to appear for sentencing in the United States District Court for the Southern District of New York in the matter of <u>United States v. Luis Jimenez</u>, 04 Cr. 0133 (PKC), or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(i).)

_____         _____
DEPUTY FOREPERSON                       MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUIS JIMENEZ,

Defendant.

INDICTMENT

07 Cr.

(18, U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(i).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]* DEPUTY Foreperson.

*11/30/07 Assigned to J. Berman*

*[signature]*